UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEITH A. THOMPSON, SR.,

    Plaintiff,

v.                                          Case No: 8:15-cv-2905-T-27JSS

HEALTHY HOME ENVIRONMENTAL,
LLC and MICHAEL W. HUDSON,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge (Dkt. 20), recommending that Plaintiff's Motion for Entry of Default Final Judgment (Dkt. 13) be granted and Plaintiff's Motion for Entitlement to and Award of Attorneys' Fees and Costs (Dkt. 14) be granted in part. Neither party filed objections and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be approved and adopted in all respects. Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Dkt. 20) is **APPROVED** and **ADOPTED** for all purposes, including appellate review.

2. Plaintiff's Motion for Entry of Default Final Judgment (Dkt. 13) is **GRANTED**.

3. Plaintiff's Motion for Entitlement to and Award of Attorneys' Fees and Costs (Dkt. 14) is **GRANTED** to the extent that Plaintiff is awarded $4,070 in attorneys' fees and $510 in costs.

4. The Clerk is directed to enter default final judgment in favor of Plaintiff and against

Defendants in the amount of $1,311.50 in damages, $4,070 in attorneys' fees, and $510 in costs.

5. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 22ⁿᵈ day of August, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record