UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEITH A. THOMPSON, SR.,

    Plaintiff,

v.                                            Case No: 8:15-cv-2905-T-27JSS

HEALTHY HOME ENVIRONMENTAL,
LLC and MICHAEL W. HUDSON,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to File Pleadings/Papers Under Seal (Dkt. 23). The motion is DENIED.

"Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case." *Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992). The operations of the courts and the judicial conduct of judges are matters of utmost public concern," (citation omitted), and "[t]he common-law right of access to judicial proceedings, an essential component of our system of justice, is instrumental in securing the integrity of the process," (citation omitted). *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). The public's right of access may be overcome only by a showing of good cause, which requires balancing the public's right of access against the party's interest in keeping the information confidential. *Id.* at 1246.

Plaintiff's interest in pursuing post judgment remedies does not satisfy the required showing of good cause. The Clerk is directed to return the Motion for Writ of Garnishment (Dkt. 24) to counsel.

**DONE AND ORDERED** this 14th day of February, 2017.

                                                          JAMES D. WHITTEMORE
                                                          United States District Judge

Copies to: Counsel of Record